```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


PAUL HANKINS                                     CIVIL ACTION

VERSUS                                           NUMBER: 11-0578

MICHAEL J. ASTRUE,                               SECTION: "A"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION
```

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Plaintiff's sole objection to the Report and Recommendation is that the ALJ did not provide counsel the opportunity to question the vocational expert. (Rec. Doc. 17). The hearing transcript and Plaintiff's own briefing, however, do not support this assertion. (Transcript, Rec. Doc. 11-2, at 45; Objection, Rec. Doc. 17, at 2 ("Plaintiff's counsel requesting that he be allowed to question the VE would likely only have further enraged the ALJ.")). Rather, the record supports the Commissioner's assertion (Response, Rec. Doc. 21, at 3) that the ALJ gave Plaintiff's counsel the opportunity to question the VE, yet for unexplained reasons, including possibly strategic ones, Plaintiff's counsel declined to do so.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is

**DENIED** and that defendant's motion for summary judgment is **GRANTED**.

November 1, 2012

_____
UNITED STATES DISTRICT JUDGE